## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SALESTRIEST RAY BRYANT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-842-F |
| | ) | |
| GARFIELD COUNTY DETENTION | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 21, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, wherein she recommended that plaintiff's complaint pursuant to 42 U.S.C. § 1983 be dismissed without prejudice. Magistrate Judge Mitchell advised plaintiff of his right to file an objection on or before October 13, 2015 and further advised that failure to file a timely objection to the Report and Recommendation waives his right to appellate review of both factual and legal issues therein contained.

To date, plaintiff has not filed an objection to the Report and Recommendation. The record reflects that the Report and Recommendation was returned as not deliverable. However, under LCvR5.4(a), papers sent by the court are deemed delivered if sent to the last known address given to the court. Because the Report and Recommendation was sent to the last known address and no objection has been filed by plaintiff within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell (doc. no. 10) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The 42 U.S.C. § 1983 complaint and action of plaintiff, Salestriest Ray Bryant, Jr., is **DISMISSED WITHOUT PREJUDICE**. Judgment shall issue forthwith.

DATED October 19, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0842p001.wpd